E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:    andrew.brown@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT FOR<br><br>TAN 2000 TOYOTA CAMRY with California license plate 4MCY415 or Vehicle Identification Number 4T1BF22K3YU108906 | No. 2:24-MJ-7170<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING SEARCH WARRANT AND SUPPORTING AFFIDAVIT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AUSA ANDREW BROWN<br><br>**(UNDER SEAL)** |
|---|---|

The government applies ex parte for an order directing that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as this ex parte application, the memorandum of points and authorities, the declaration of AUSA Andrew Brown, and this Court's sealing order, be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

This ex parte application is based on the attached memorandum of points and authorities, the declaration of AUSA Andrew Brown, and the

records and files in this case, including the application for search warrant and attachments thereto.

Dated: December 3, 2024         Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division

                                *Andrew Brown*
                                _____
                                ANDREW BROWN
                                Assistant United States Attorney

                                Attorneys for Applicant
                                UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government requests that this Court seal the search warrant and supporting affidavit in this case in order to maintain the integrity of this investigation. Approval from this Court to seal these documents is required under Local Rule 79-5.1. The Court of Appeals for the Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants. In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing Agosto).

The Court of Appeals for the Seventh Circuit has rejected the proposition that pre-indictment disclosure of a search warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41(g). In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996). In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued. If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there has been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517; accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation. The government accordingly requests that the documents described in the attached declaration be maintained under seal until further order of the Court.

**DECLARATION OF AUSA ANDREW BROWN**

I, AUSA Andrew Brown, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the investigation of this matter, in which the government has submitted an affidavit in support of a search warrant.

2. The affidavit in support of the search warrant describes law enforcement techniques and the extent of the investigation so far, which may jeopardize ongoing investigations if the affidavit were to be disclosed.

3. Accordingly, the government requests that the search warrant and supporting affidavit in the above-titled case, together with this ex parte application, the memorandum of points and authorities, the declaration of AUSA Andrew Brown, and this Court's sealing order, be kept under seal until further order of the Court. The government requests that the Court's order not limit its ability to provide copies of the search warrant at the time the warrant is executed, as required by Federal Rule of Criminal Procedure 41(f), and that it further permit the government to provide defense counsel with a copy of the affidavit to comply with its discovery obligations after a criminal prosecution has begun.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 3, 2024.

*Andrew Brown*
AUSA ANDREW BROWN